UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

:Mike of the Yakimowich clan.,
 sui juris, suae potestate esse,

    Claimant,

v.

U.S. Department of the Treasury, et al
The United States, et al, and
Her Majesty in Right of Canada, et al, and
Her Majesty in Right of British Columbia, et al, and
Canada, et al, and
The Province of British Columbia, et al, and
The Province of Saskatchewan, et al, and
Jointly and severally,

    Respondent,

    Defendant.
_____/

Case No. 11-51394
Honorable Victoria A. Roberts

**OPINION AND ORDER SUMMARILY DISMISSING COMPLAINT**

A Notice of Foreign Judgment For And On The Public Record was filed by Lavette R. Gray, Public Notary at the request of :Mike of the Yakimowich clan., sui juris, suae potestate esse, against number defendants.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit.  Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or

1

"delusional." *See Neitzke v. Williams*, 490 U.S. 319, 327-28, 109 S. Ct. 1827, 1833 (1989). Plaintiff's present complaint is frivolous under Section 1915(e), as it is both fantastic and delusional.

Accordingly, Plaintiff's case is **DISMISSED**.

**IT IS ORDERED.**

        /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: November 9, 2011

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Lavette Gray by electronic means or U.S. Mail on November 9, 2011.

s/Linda Vertriest
Deputy Clerk

---